IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | |
|---|---|
| SUNCO GROUP, INC. § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. |
| § | |
| EARTH BIOFUELS, INC., § | |
| § | |
| Defendant. § | |

## SUGGESTION OF BANKRUPTCY

On July 11, 2007, certain creditors of Earth Biofuels, Inc. ("Earth Biofuels") filed an involuntary petition (the "Involuntary Case") under title 11 of the United States Code (the "Bankruptcy Code") in the Bankruptcy Court for the District of Delaware. A true and correct copy of the Involuntary Petition is attached as Exhibit A to this Petition. Pursuant to section 362(a) of the Bankruptcy Code,[1] the commencement of the Involuntary Case operates as a stay, applicable to all entities of the commencement or continuation of any judicial, administrative, or other action or proceeding pending against Earth Biofuels. *See In re Krystal Cadillac*

---

[1] Section 362 of the Bankruptcy Code provides in pertinent part:
  (a) . . . a petition filed under section 301, 302, or 303 of this title, or an application filed under section . . . operates as a stay, applicable to all entities, of--
  (1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;
  (2) the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;
  (3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;
  (4) any act to create, perfect, or enforce any lien against property of the estate;
  (5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of the case under this title;
  (6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;
  (7) the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor . . .
11 U.S.C. § 362(a).

*Oldsmobile GMC Truck, Inc.*, 142 F.3d 631, 637 (3d Cir. 1998) (noting that the scope of the automatic stay is broad, and it stops all collection efforts, foreclosure actions, and other harassment efforts); *In re Sullivan*, 357 B.R. 847, 853 (Bankr. D. Colo., 2006) (holding that the filing of a bankruptcy petition imposes the automatic stay, which prohibits any act to collect, assess or recover a claim against the debtor that arose before the commencement of the bankruptcy case, and a willful violation permits recovery of actual damages, including costs and attorneys' fees, and, in appropriate circumstances, punitive damages). Accordingly, the instant action against Earth Biofuels is stayed by operation of the automatic stay.

Respectfully submitted,

**CUDDY & FEDER LLP**

By: _____
Joshua E. Kimerling (JEK #0053)

445 Hamilton Avenue, 14th Floor
New York, New York 10601
(914) 761-1300 – Telephone
(914) 761-5372 – Facsimile

**ATTORNEYS FOR DEFENDANT
EARTH BIOFUELS, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Motion has been sent by certified mail, return receipt requested, to Philip C. Berg, Berg Partners LLP, 350 Fifth Avenue, 59th Floor, New York, New York 10118, on the 27th day of July, 2007.

_____
Joshua E. Kimerling

370302_1.DOC

# Exhibit "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| EARTH BIOFUELS, INC., | Case No. 07-10928 (___) |
| Debtor. | |

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named debtor:**

A petition under title 11, United States Code was filed against you on July 11, 2007 in this bankruptcy court, requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 20 days after the service of this summons. A copy of the petition is attached.

> Address of Clerk:
>
> Clerk of the Court
> United States Bankruptcy Court
> District of Delaware
> 824 Market Street, 3rd Floor
> Wilmington, DE 19801

At the same time, you must also serve a copy of your motion or answer on petitioners and petitioners' attorneys.

> Name and Address of Petitioners and Petitioners' Attorneys:
>
> See attached list

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

Date: July 11, 2007                                          /s/ David D. Bird
                                                             *Clerk of Court*

200.000-17202.DOC

| | |
|---|---|
| *(Petitioning Creditor)*<br>Castlerigg Master Investments Ltd.<br>c/o Sandell Asset Management<br>40 West 57th Street<br>26th Floor<br>New York, NY 10019 | *(Counsel for Petitioning Creditors Castlerigg Master Investments Ltd. and Portside Growth and Opportunity fund)*<br>Jeffrey S. Sabin, Esquire<br>David M. Hillman, Esquire<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022 |
| *(Petitioning Creditor)*<br>Radcliffe SPC, Ltd. for and on behalf of the Class A Convertible Crossover Segregated Portfolio<br>c/o RG Capital Management, L.P.<br>3 Bala Plaza - East<br>Suite 501<br>Bala Cynwyd, PA 19004 | *(Counsel for Petitioning Creditor Radcliffe SPC, Ltd.)*<br>Philip D. Anker, Esquire<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>399 Park Avenue<br>New York, NY 10022 |
| *(Petitioning Creditor)*<br>Portside Growth and Opportunity Fund<br>c/o Ramius Capital Group, L.L.C.<br>666 Third Avenue<br>26th Floor<br>New York, NY 10017 | *(Counsel for Petitioning Creditor Cornell Capital Partners, LP)*<br>C. Luckey McDowell, Esquire<br>Baker Botts L.L.P.<br>2001 Ross Avenue<br>Dallas, TX 75201 |
| *(Petitioning Creditor)*<br>Cornell Capital Partners, LP<br>101 Hudson Street<br>Suite 3700<br>Jersey City, NJ 07303 | *(Counsel for Petitioning Creditor Evolution Master Fund Ltd. SPC)*<br>Gregory M. Petrick, Esquire<br>Cadwalader Wickersham & Taft<br>One World Financial Center<br>New York, NY 10281 |
| *(Petitioning Creditor)*<br>Evolution Master Fund Ltd. SPC, on behalf of the Segregated Portfolio M<br>Walker House, Mary Street<br>P.O. Box 908 GT<br>Georgetown, Cayman Island | *(Delaware Counsel for all Petitioning Creditors)*<br>Adam G. Landis, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 600<br>Wilmington, DE 19801 |

Case No. 07-10928 (____)

## CERTIFICATE OF SERVICE

I Adam G. Landis, of Landis Rath & Cobb LLP, certify:

    That I am, and at all times hereinafter mentioned was more than 18 years of age; and that on the 11th day of July, 2007, I caused to be served a copy of the within summons, together with the petition filed in this case, on Earth Biofuels, Inc. the debtor in this case, by First Class Mail the said debtor at 3001 Knox Street, Suite 403, Dallas, TX 75205.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 11, 2007                   **LANDIS RATH & COBB LLP**

                                          */s/ Adam Landis*
                                          Adam G. Landis (No. 3407)
                                          919 Market Street, Suite 600
                                          Wilmington, DE 19801
                                          Telephone: (302) 467-4400
                                          Facsimile: (302) 467-4450
                                          Email: landis@lrclaw.com

200.000-17202.DOC

FORM 5 (10/06)  FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court<br>District of Delaware | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br><br>Earth Biofuels, Inc. | ALL OTHER NAMES, used by debtor in the last 8 years |
| LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D. NO. (If more than one, state all.)<br>EIN: 71-0915825 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>3001 Knox Street<br>Suite 403<br>Dallas, TX 75205 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Dallas | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If Different from previously listed addresses) | |
| CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED<br>☒ Chapter 7   ☐ Chapter 11 | |

INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box)<br><br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>☒ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☒ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If Debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | Nature of Business (Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other |
|---|---|---|

| VENUE<br>☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District<br><br>☐ A bankruptcy case concerning the debtor's affiliate, general partner or partnership is pending in this District | FILING FEE (Check one box)<br><br>☒ Full fee attached<br>☐ Petitioner is a child support creditor or its representative, and the form specified in 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petition, and if the petition files the form specified in 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |
|---|---|

PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. 303(b)<br>2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debtors are the subject of a bona fide dispute as to liability or amount;<br>or<br>3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

10371042.5

OFFICIAL FORM 5 - Involuntary Petition - Page 2    Name of Debtor __Earth Biofuels, Inc.__
                                                   Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. | |
|---|---|
| X _[signature]_ 7/11/07<br>Signature of Petitioner or Representative (State title)  Date Signed | X _Adam Landis_ 7/11/07<br>Signature of Attorney  Date |
| Castlerigg Master Investments Ltd.,<br>By Castlerigg Master Investments Ltd.<br>__by Sandell Asset Management its investment advisor__<br>Name of Petitioner | __Landis Rath & Cobb LLP (Delaware counsel)__<br>Name of Attorney Firm (If any)<br><br>Address<br>__919 Market Street, Suite 600__<br>__Wilmington, DE 19801__<br>__Attn: Adam G. Landis, Esq.__<br>Telephone No. __(302) 467-4400__ |
| Mailing Address of Individual Signing in Representative Capacity:<br><br>c/o Sandell Asset Management<br>40 West 57th Street<br>26th Floor<br>New York, New York 10019 | __Schulte Roth & Zabel LLP__<br>Name of Attorney Firm (If any)<br><br>Address<br>__919 Third Avenue__<br>__New York, New York 10022__<br>__Attn: Jeffrey S. Sabin, Esq. and David M. Hillman, Esq.__<br>Telephone No. __(212) 756-2000__ |
| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.<br><br>X_____<br>Signature of Petitioner or Representative (State title)  Date Signed | X_____<br>Signature of Attorney  Date |
| Radcliffe SPC, Ltd. for and on behalf of the Class A Convertible Crossover Segregated Portfolio<br>By: RG Capital Management, L.P. its investment advisor,<br>__By: RGC Management Company, LLC its general partner__<br>Name of Petitioner | __Landis Rath & Cobb LLP (Delaware counsel)__<br>Name of Attorney Firm (If any)<br><br>Address<br>__919 Market Street, Suite 600__<br>__Wilmington, DE 19801__<br>__Attn: Adam G. Landis, Esq.__<br>Telephone No. __(302) 467-4400__ |
| Mailing Address of Individual Signing in Representative Capacity:<br><br>c/o RG Capital Management, L.P.<br>3 Bala Plaza - East<br>Suite 501<br>Bala Cynwyd, Pennsylvania 19004 | __Wilmer Cutler Pickering Hale and Dorr LLP__<br>Name of Attorney Firm (If any)<br><br>Address<br>__399 Park Avenue__<br>__New York, New York 10022__<br>__Attn: Philip D. Anker__<br>Telephone No. __(212) 230-8800__ |

10371042.6

OFFICIAL FORM 5 - Involuntary Petition - Page 2      Name of Debtor __Earth Biofuels, Inc.__
     Case No. _____

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

| | |
|---|---|
| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.<br><br>X_____<br>Signature of Petitioner or Representative (State title)   Date Signed<br><br>Castlerigg Master Investments Ltd.,<br>By Castlerigg Master Investments Ltd.<br>__by Sandell Asset Management its investment advisor__<br>Name of Petitioner<br><br>Mailing Address of Individual Signing in<br>Representative Capacity:<br><br>    c/o Sandell Asset Management<br>    40 West 57th Street<br>    26th Floor<br>    New York, New York 10019 | X_____<br>Signature of Attorney        Date<br><br>__Landis Rath & Cobb LLP (Delaware counsel)__<br>Name of Attorney Firm (If any)<br><br>Address<br>    __919 Market Street, Suite 600__<br>    __Wilmington, DE 19801__<br>    __Attn: Adam G. Landis, Esq.__<br>Telephone No. __(302) 467-4400__<br><br>__Schulte Roth & Zabel LLP__<br>Name of Attorney Firm (If any)<br><br>Address<br>    __919 Third Avenue__<br>    __New York, New York 10022__<br>    __Attn: Jeffrey S. Sabin, Esq. and David M. Hillman, Esq.__<br>Telephone No. __(212) 756-2000__ |
| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.<br><br>X_/s/ illegible/ 7/11/07_<br>Signature of Petitioner or Representative (State title)   Date Signed<br><br>Radcliffe SPC, Ltd. for and on behalf of the Class A Convertible Crossover Segregated Portfolio<br>By: RG Capital Management, L.P. its investment advisor,<br>   __By: RGC Management Company, LLC its general partner__<br>Name of Petitioner<br><br>Mailing Address of Individual Signing in<br>Representative Capacity:<br><br>    c/o RG Capital Management, L.P.<br>    3 Bala Plaza - East<br>    Suite 501<br>    Bala Cynwyd, Pennsylvania 19004 | X_/s/ Adam Landistein 7/11/07_<br>Signature of Attorney        Date<br><br>__Landis Rath & Cobb LLP (Delaware counsel)__<br>Name of Attorney Firm (If any)<br><br>Address<br>    __919 Market Street, Suite 600__<br>    __Wilmington, DE 19801__<br>    __Attn: Adam G. Landis, Esq.__<br>Telephone No. __(302) 467-4400__<br><br>__Wilmer Cutler Pickering Hale and Dorr LLP__<br>Name of Attorney Firm (If any)<br><br>Address<br>    __399 Park Avenue__<br>    __New York, New York 10022__<br>    __Attn: Philip D. Anker__<br>Telephone No. __(212) 230-8800__ |

10371042.5

OFFICIAL FORM 5 - Involuntary Petition - Page 3

Name of Debtor __Earth Biofuels, Inc.__
Case No. _____

| PETITIONING CREDITOR CLAIM INFORMATION CONTINUED ON NEXT PAGE | |
|---|---|
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims<br><br>See Page 5 |

PETITIONING CREDITORS CONTINUED

| | |
|---|---|
| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.<br><br>x _/s/ [signature]_  7/11/07<br>Signature of Petitioner or Representative (State title)   Date Signed<br><br>Portside Growth and Opportunity Fund,<br>By Portside Growth and Opportunity Fund<br>__by Ramius Capital Group, L.L.C. its investment advisor__<br>Name of Petitioner<br><br>Mailing Address of Individual Signing in<br>Representative Capacity:<br><br>c/o Ramius Capital Group, L.L.C.<br>666 Third Avenue<br>26th Floor<br>New York, New York 10017 | x _Adam Landis/kra_   7/11/07<br>Signature of Attorney           Date<br><br>__Landis Rath & Cobb LLP (Delaware counsel)__<br>Name of Attorney Firm (If any)<br><br>Address<br>__919 Market Street, Suite 600__<br>__Wilmington, DE 19801__<br>__Attn. Adam G. Landis, Esq.__<br>Telephone No. __(302) 467-4400__<br><br>__Hennigan Bennett & Dorman__<br>Name of Attorney Firm (If any)<br><br>Address<br>__865 South Figueroa Street__<br>__Los Angeles, CA 90017__<br>__Attn: Bruce Bennett, Esq.__<br>Telephone No. __(213) 694-1012__ |
| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.<br><br>x _____<br>Signature of Petitioner or Representative (State title)   Date Signed<br><br>Cornell Capital Partners, LP,<br>__By Cornell Capital Partners, LP__<br>Name of Petitioner<br><br>Mailing Address of Individual Signing in<br>Representative Capacity:<br><br>Cornell Capital Partners, LP<br>101 Hudson Street<br>Suite 3700<br>Jersey City, New Jersey 07303 | x _____<br>Signature of Attorney           Date<br><br>__Landis Rath & Cobb LLP (Delaware counsel)__<br>Name of Attorney Firm (If any)<br><br>Address<br>__919 Market Street, Suite 600__<br>__Wilmington, DE 19801__<br>__Attn. Adam G. Landis, Esq.__<br>Telephone No. __(302) 467-4400__<br><br>__Baker Botts L.L.P.__<br>Name of Attorney Firm (If any)<br><br>Address<br>__2001 Ross Avenue__<br>__Dallas, Texas 75201__<br>__Attn: C. Luckey McDowell__<br>Telephone No. __(214) 953-6571__ |

10371042.6

OFFICIAL FORM 5 - Involuntary Petition - Page 3                                    Name of Debtor ___Earth Biofuels, Inc.___
                                                                                    Case No. _____

| PETITIONING CREDITOR CLAIM INFORMATION CONTINUED ON NEXT PAGE | |
|---|---|
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims<br><br>See Page 5 |
| PETITIONING CREDITORS CONTINUED | |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X_____          X_____
Signature of Petitioner or Representative (State title)   Date Signed          Signature of Attorney                Date

Portside Growth and Opportunity Fund,
By Portside Growth and Opportunity Fund                    Landis Rath & Cobb LLP (Delaware counsel)
  by Ramius Capital Group, L.L.C., its investment advisor   Name of Attorney Firm (If any)
Name of Petitioner
                                                            Address
Mailing Address of Individual Signing in                       919 Market Street, Suite 600
Representative Capacity:                                       Wilmington, DE 19801
                                                               Attn: Adam G. Landis, Esq.
        c/o Ramius Capital Group, L.L.C.                    Telephone No. (302) 467-4400
        666 Third Avenue
        26th Floor
        New York, New York 10017                            Schulte Roth & Zabel LLP
                                                            Name of Attorney Firm (If any)

                                                            Address
                                                               919 Third Avenue
                                                               New York, New York 10022
                                                               Attn: Jeffrey S. Sabin, Esq. and David M. Hillman, Esq.
                                                            Telephone No.  (212) 756-2175

Petitioner(s) declare under penalty of perjury that the foregoing is true and
correct according to the best of their knowledge, information, and belief.      X  /s/ Adam Landis  7/11/07
                                                                                   Signature of Attorney                Date
X  /s/  Managing Partner  7-11-07
Signature of Petitioner or Representative (State title)   Date Signed            Landis Rath & Cobb LLP (Delaware counsel)
                                                                                 Name of Attorney Firm (If any)
Cornell Capital Partners, LP,
By Cornell Capital Partners, LP                                                  Address
Name of Petitioner                                                                  919 Market Street, Suite 600
                                                                                    Wilmington, DE 19801
Mailing Address of Individual Signing in                                            Attn: Adam G. Landis, Esq.
Representative Capacity:                                                         Telephone No.(302) 467-4400

        Cornell Capital Partners, LP
        101 Hudson Street                                                        Baker Botts L.L.P.
        Suite 3700                                                               Name of Attorney Firm (If any)
        Jersey City, New Jersey 07303
                                                                                 Address
                                                                                    2001 Ross Avenue
                                                                                    Dallas, Texas 75201
                                                                                    Attn: C. Luckey McDowell
                                                                                 Telephone No.    (214) 953-6571

10371042.5

OFFICIAL FORM 5 - Involuntary Petition - Page 4

Name of Debtor __Earth Biofuels, Inc.__
Case No. _____

| *PETITIONING CREDITOR CLAIM INFORMATION CONTINUED ON NEXT PAGE* | |
|---|---|
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | **Total Amount of Petitioners' Claims**<br><br>See Page 5 |
| **PETITIONING CREDITORS CONTINUED** | |
| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.<br><br>x _/s/ Anchu_  7/11/07<br>Signature of Petitioner or Representative (State title)  Date Signed<br><br>Evolution Master Pund Ltd. SPC, on behalf of the Segregated Portfolio M<br>By Evolution Master Fund Ltd. SPC, on behalf of the Segregated Portfolio M<br><br>Name of Petitioner<br><br>Mailing Address of Individual Signing in Representative Capacity:<br><br>Evolution Master Fund Ltd. SPC, on behalf of the Segregated Portfolio M<br>Walker House, Mary Street<br>P.O. Box 908 GT<br>Georgetown, Cayman Island | x _Adam Landis_  7/11/07<br>Signature of Attorney  Date<br><br>Landis Rath & Cobb LLP (Delaware counsel)<br>Name of Attorney Firm (if any)<br>Address<br>  919 Market Street, Suite 600<br>  Wilmington, DE 19801<br>  Attn: Adam G. Landis, Esq.<br>Telephone No. ____(302) 467-4400____<br><br>Cadwalader Wickersham & Taft<br>Name of Attorney Firm (if any)<br>Address<br>  One World Financial Center<br>  New York, New York 10281<br>  Attn: Gregory M. Petrick<br>Telephone No. ____(212) 504-6373____ |

10371042.5

OFFICIAL FORM 5 - Involuntary Petition - Page 5     Name of Debtor __Earth Biofuels, Inc.__
                                                    Case No. _____

| PETITIONING CREDITORS | | |
|---|---|---|
| **Name and Address of Petitioner**<br>Castlerigg Master Investments Ltd.<br>c/o Sandell Asset Management<br>40 West 57th Street<br>26th Floor<br>New York, New York 10019 | **Nature of Claim**<br>Past due debt due under the Senior Convertible Note issued by Earth Biofuels, Inc. pursuant to the Securities Purchase Agreement dated as of July 24, 2006, by and among the Debtor and Castlerigg Master Investments Ltd. c/o Sandell Asset Management. | **Amount of Claim**<br>Not less than the principal amount of $11,500,000, plus interest, fees, costs, expenses and other amounts, as provided for in the Senior Convertible Note and Securities Purchase Agreement, all of which is unsecured. |
| **Name and Address of Petitioner**<br>Radcliffe SPC, Ltd. for and on behalf of the Class A Convertible Crossover Segregated Portfolio<br>3 Bala Plaza - East<br>Suite 501<br>Bala Cynwyd, Pennsylvania 19004 | **Nature of Claim**<br>Past due debt due under the Senior Convertible Note issued by Earth Biofuels, Inc. pursuant to the Securities Purchase Agreement dated as of July 24, 2006, by and among the Debtor and Radcliffe SPC, Ltd. for and on behalf of the Class A Convertible Crossover Segregated Portfolio. | **Amount of Claim**<br>Not less than the principal amount of $5,000,000, plus interest, fees, costs, expenses and other amounts, as provided for in the Senior Convertible Note and Securities Purchase Agreement, all of which is unsecured. |
| **Name and Address of Petitioner**<br>Portside Growth and Opportunity Fund<br>c/o Ramius Capital Group, L.L.C.<br>666 Third Avenue<br>26th Floor<br>New York, New York 10017 | **Nature of Claim**<br>Past due debt due under the Senior Convertible Note issued by Earth Biofuels, Inc. pursuant to the Securities Purchase Agreement dated as of July 24, 2006, by and among the Debtor and Portside Growth and Opportunity Fund c/o Ramius Capital Group, L.L.C. | **Amount of Claim**<br>Not less than the principal amount of $2,000,000, plus interest, fees, costs, expenses and other amounts, as provided for in the Senior Convertible Note and Securities Purchase Agreement, all of which is unsecured. |
| **Name and Address of Petitioner**<br>Cornell Capital Partners, LP<br>101 Hudson Street<br>Suite 3700<br>Jersey City, New Jersey 07303 | **Nature of Claim**<br>Past due debt due under the Senior Convertible Note issued by Earth Biofuels, Inc. pursuant to the Securities Purchase Agreement dated as of July 24, 2006, by and among the Debtor and Cornell Capital Partners, LP. | **Amount of Claim**<br>Not less than the principal amount of $3,000,000, plus interest, fees, costs, expenses and other amounts, as provided for in the Senior Convertible Note and Securities Purchase Agreement, all of which is unsecured. |
| **Name and Address of Petitioner**<br>Evolution Master Fund Ltd. SPC, on behalf of the Segregated Portfolio M<br>Walker House, Mary Street<br>P.O. Box 908 GT<br>Georgetown, Cayman Island | **Nature of Claim**<br>Past due debt due under the Senior Convertible Note issued by Earth Biofuels, Inc. pursuant to the Securities Purchase Agreement dated as of July 24, 2006, by and among the Debtor and Cranshire Capital L.P. | **Amount of Claim**<br>Not less than the principal amount of $11,500,000, plus interest, fees, costs, expenses and other amounts, as provided for in the Senior Convertible Note and Securities Purchase Agreement, all of which is unsecured. |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | **Total Amount of Petitioners' Claims**<br>Not less than the aggregate principal amount of $33,000,000, plus interest, fees, costs, expenses and other amounts, as provided for in the Senior Convertible Note and Securities Purchase Agreement, all of which is unsecured. |

10371042.5