# CUDDY & FEDER LLP

445 Hamilton Avenue, 14th Floor
White Plains, New York 10601
Tel 914.761.1300  Fax 914.761.5372
www.cuddyfeder.com

July 13, 2007

JUL 13 2007
CHAMBERS OF
WILLIAM H. PAULEY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/07

**BY FAX - 212-805-6390**

Hon. William H. Pauley
United States District Court Judge
Southern District of New York
500 Pearl Street (Chambers - 2210)
New York, New York 10007

RE:   Sunco Group Inc. v. Earth Biofuels, Inc.
      07 CV 4776 (WHP)

Dear Judge Pauley:

We represent the Defendant, Earth Biofuels, Inc. ("Earth"), in connection with the above-referenced action, in which today's conference has been adjourned due to the filing of an involuntary petition under Chapter 7 of the Bankruptcy Code against Earth Biofuels, Inc. Enclosed herewith is a copy of the involuntary petition, which I received late in the day yesterday, and immediately contacted Your Honor's chambers.

Pursuant to our conversation with Jenna of Your Honor's chambers, this will confirm that a status conference will be rescheduled by the Court in approximately 30 days.

We appreciate the Court's consideration of this matter.

Respectfully submitted,

Joshua Kimerling

JK:jv
Enclosure
cc:   Philip C. Berg, Esq. (w/enc.)

*Application granted. The IPTC is adjourned to 9/20/07 at 9:45 a.m.*

SO ORDERED:

William H. Pauley, U.S.D.J.
8/23/07