```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SUNCO GROUP INC.,                   :
                                          07 Civ. 4776 (WHP)
            Plaintiff,              :
                                          SUSPENSE ORDER
    -against-                       :

EARTH BIOFUELS, INC.,               :

                                    :
            Defendant.
------------------------------------X

WILLIAM H. PAULEY III, District Judge:

   Defendant Earth Biofuels, Inc. ("EBI") having become the subject of a petition in bankruptcy, thus staying further prosecution of the action in this Court with respect to EBI during the bankruptcy proceedings, it is ordered that this case be transferred to the Suspense Docket of this Court.

   The parties are directed to inform this Court by letter of the status of EBI's bankruptcy proceedings by February 14, 2008, or within 30 days of any disposition of the bankruptcy proceeding, whichever is earlier.

Dated: November 14, 2007
       New York, New York

                              SO ORDERED:

                              _____
                              WILLIAM H. PAULEY III
                                     U.S.D.J.

*Counsel of Record:*

Philip C. Berg, Esq.
Berg Partners LLP
350 Fifth Avenue, 59th Floor
New York, NY 10118
*Counsel for Plaintiff*

Joshua E. Kimerling, Esq.
445 Hamilton Avenue, 14th Floor
White Plains, NY 10601
*Counsel for Defendant*