```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/27/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
SUNCO GROUP INC.,                          :

                Plaintiff,                 :

    -against-                              :

EARTH BIOFUELS, INC.,                      :

                                            :

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

07 Civ. 4776 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

       Defendant having informed this Court that it is no longer the subject of a bankruptcy proceeding, it is ordered that the Suspense Order issued on November 14, 2007 be lifted.

Dated: December 26, 2007
       New York, New York

                                      SO ORDERED:

                                      WILLIAM H. PAULEY III
                                            U.S.D.J.

*Counsel of Record:*

Philip C. Berg, Esq.
Berg Partners LLP
350 Fifth Avenue, 59th Floor
New York, NY 10118
(212) 601-2750
*Counsel for Plaintiff*

Joshua E. Kimerling, Esq.
445 Hamilton Avenue, 14th Floor
White Plains, NY 10601
*Counsel for Defendant*