USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
SUNCO GROUP INC.,                               :

            Plaintiff,                      :

        -against-                              :

EARTH BIOFUELS, INC.,                           :

           Defendant.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

07 Civ. 4776 (WHP)

<u>ORDER</u>

WILLIAM H. PAULEY III, District Judge:

        Defendant's motion to dismiss (Docket No. 3) is stricken.

Dated: January 22, 2008
       New York, New York

                            SO ORDERED:

                            WILLIAM H. PAULEY III
                            U.S.D.J.

*Counsel of Record:*

Philip C. Berg, Esq.
Berg Partners LLP
350 Fifth Avenue, 59th Floor
New York, NY 10118
(212) 601-2750
*Counsel for Plaintiff*

Joshua E. Kimerling, Esq.
445 Hamilton Avenue, 14th Floor
White Plains, NY 10601
*Counsel for Defendant*