```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
SUNCO GROUP INC.,                                           :
                                          Plaintiff,                            :

                -against-                                   :

EARTH BIOFUELS, INC.,                                       :

                                          Defendant.                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

07 Civ. 4776 (WHP)

<u>SCHEDULING ORDER</u>

WILLIAM H. PAULEY III, District Judge:

       Counsel having appeared before the Court for an initial pre-trial conference on January 18, 2008, the following schedule is established on consent of the parties:

1. Defendant shall serve and file its motion to dismiss by February 1, 2008;

2. Plaintiff shall serve and file its opposition to the motion by February 15, 2008;

3. Defendant shall serve and file its reply by February 28, 2008;

4. Oral argument concerning the motion shall be held on March 7, 2008 at 10:15 a.m.

5. The parties shall complete all discovery by May 15, 2008;

6. The parties shall submit a joint pre-trial order in accord with this Court's Individual Practices by June 13, 2008; and

7. A final pre-trial conference shall be held on June 20, 2008 at 10:15 a.m.

Dated: January 22, 2008
       New York, New York

                                       SO ORDERED:

                                       _____
                                       WILLIAM H. PAULEY III

                                                               U.S.D.J.

*Counsel of Record:*

Philip C. Berg, Esq.
Berg Partners LLP
350 Fifth Avenue, 59th Floor
New York, NY 10118
(212) 601-2750
*Counsel for Plaintiff*

Joshua E. Kimerling, Esq.
445 Hamilton Avenue, 14th Floor
White Plains, NY 10601
*Counsel for Defendant*