```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
SUNCO GROUP INC.,                              :

                Plaintiff,          :

    -against-                                  :

EARTH BIOFUELS, INC.,                           :

                Defendant.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

07 Civ. 4776 (WHP)

ORDER GRANTING
ADMISSION PRO HAC VICE

WILLIAM H. PAULEY III, District Judge:

        Having reviewed the notice of motion and affidavit in support of admitting Philip C. Berg to appear pro hac vice, it is hereby ordered that Mr. Berg be admitted to this Court pro hac vice to represent plaintiff Sunco Group Inc. in the above-captioned action.

Dated: February 11, 2008
       New York, New York

                                     SO ORDERED:

                                    WILLIAM H. PAULEY III
                                    U.S.D.J.

*Counsel of Record:*

Philip C. Berg, Esq.
Berg Partners LLP
350 Fifth Avenue, 59th Floor
New York, NY 10118
(212) 601-2750
*Counsel for Plaintiff*

Joshua E. Kimerling, Esq.
445 Hamilton Avenue, 14th Floor
White Plains, NY 10601
*Counsel for Defendant*