UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SUNCO GROUP, INC.,

                      Plaintiff,

                                                          **STIPULATION ADJOURNING TIME TO ANSWER AMENDED COMPLAINT**

     -against-

EARTH BIOFUELS, INC.,                                    07 CV 4776 (WHP)

                      Defendant.
------------------------------------------------------------------X

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for Plaintiff and Defendant, that Defendant Earth Biofuels, Inc.'s time to answer or otherwise move with respect to the Amended Complaint is hereby extended through and including March 7, 2008.

Dated:      February 25, 2008

| **BERG PARTNERS LLP** | **CUDDY & FEDER LLP** |
|---|---|
| Attorneys for Plaintiff | Attorneys for Defendant Earth Biofuels, Inc. |
| 350 Fifth Avenue - 59th Floor | 445 Hamilton Avenue - 14th Floor |
| New York, NY 10118 | White Plains, NY 10601 |
| (212) 601-2750 Tel. | (914) 761-1300 Tel. |
| By: _____ | By: _____ |
|     Philip C. Berg, Esq. |     Joshua E. Kimerling (JEK #0053) |

C&F: 879566.1