# BERG PARTNERS LLP



Berg Partners Law Offices
360 Fifth Avenue, 59th Floor
New York, NY 10118

Philip C. Berg
Tel: (212) 601-2750
Fax: (212) 601-2751
Philip@BergPartners.com



May 15, 2008

**BY FAX 212-805-6390**
Hon. William H. Pauley
United States District Court Judge
Southern District of New York
500 Pearl Street (Chambers - 2210)
New York, New York 10007

RE:  Sunco Group Inc. v. Earth Biofuels, Inc.
     07 CV 4776 (WHP)

**MEMO ENDORSED**

Application granted.
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
5/16/08

Dear Judge Pauley:

I represent the Plaintiff, Sunco Group, Inc. in the above-captioned action. Pursuant to Your Honor's Scheduling Order dated January 22, 2008, the Court scheduled the completion of discovery for today, May 15th. Both parties respectfully request that such deadline be adjourned until June 2nd. Such an adjournment will not affect the remaining dates on such Scheduling Order.

Respectfully submitted,

Philip C. Berg

cc:  Joshua Kimerling, Esq. (By E-mail: JKimerling@CuddyFeder.com and By Fax: 914-761-5372)

BERG: EBOF