# BERG PARTNERS LLP

Berg Partners Law Offices
350 Fifth Avenue, 59th Floor
New York, NY 10118

Philip C. Berg

Tel: (212) 601-2750
Fax: (212) 601-2751
Philip@BergPartners.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/20/08

**MEMO ENDORSED**

June 2, 2008

**BY FAX 212-805-6390**
Hon. William H. Pauley
United States District Court Judge
Southern District of New York
500 Pearl Street (Chambers - 2210)
New York, New York 10007

RE:  Sunco Group Inc. v. Earth Biofuels, Inc.
     07 CV 4776 (WHP)

Dear Judge Pauley:

I represent the Plaintiff, Sunco Group, Inc. in the above-captioned action. By your order dated, May 19th, discovery in this matter was to be completed on June 2, 2008.

The parties respectfully request an extension of the discovery deadline in this matter. The parties are conducting discovery in this matter diligently, cooperatively and in good faith. Unfortunately, we have been unable to complete discovery by the Court's closing date due to delays in obtaining documents from third parties. Accordingly, by agreement of the parties we respectfully request that the Court extend discovery in this matter until June 30, 2008 and that the due date for the Joint Pretrial Order be extended to July 21, 2008. Final Pretrial Conference and Oral Argument dates may be set for appropriate later dates in accordance with your calendar.

Respectfully submitted,

Philip C. Berg

*[Handwritten endorsement: Application granted. The final pre-trial conference is adjourned to August 1, 2008 at 11:45am.]*

SO ORDERED:
WILLIAM H. PAULEY III U.S.D.J.
6/4/08

*[Stamp: RECEIVED JUN 3 2008 CHAMBERS OF WILLIAM H. PAULEY]*

cc:  Joshua Kimerling, Esq. (By E-mail: JKimerling@CuddyFeder.com and By Fax: 914-761-5372)

BERG-EBOF