```
DOC #: _____
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
SUNCO GROUP INC.,                 :
                                          07 Civ. 4776 (WHP)
            Plaintiff,            :
                                          ORDER
    -against-                     :

EARTH BIOFUELS, INC.,             :

            Defendant.            :
----------------------------------X

WILLIAM H. PAULEY III, District Judge:

       It having been reported to this Court that this action has been or will be settled, it is hereby ordered that this action be discontinued without costs to any party, and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days of the date of this Order. The Clerk of the Court is directed to mark this case closed.

Dated: July 23, 2008
      New York, New York

                                       SO ORDERED:

                                       WILLIAM H. PAULEY III
                                            U.S.D.J.

*Counsel of Record:*

Philip C. Berg, Esq.
Berg Partners LLP
350 Fifth Avenue, 59th Floor
New York, NY 10118
(212) 601-2750
*Counsel for Plaintiff*

Joshua E. Kimerling, Esq.
445 Hamilton Avenue, 14th Floor
White Plains, NY 10601
*Counsel for Defendant*