USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SUNCO GROUP INC.,                   :
                                    :    07 Civ. 4776 (WHP)
                    Plaintiff,      :
                                    :    ORDER
         -against-                  :
                                    :
EARTH BIOFUELS, INC.,               :
                                    :
                    Defendant.      :
------------------------------------X

WILLIAM H. PAULEY III, District Judge:

       It having been reported to this Court that Defendant will not make payment pursuant to the parties' settlement, the Clerk of Court is directed to reopen the action. A status conference shall take place September 26, 2008 at 10:30 a.m.

Dated: August 22, 2008
      New York, New York

                           SO ORDERED:

                           WILLIAM H. PAULEY III
                                U.S.D.J.

*Counsel of Record:*

Philip C. Berg, Esq.
Berg Partners LLP
350 Fifth Avenue, 59th Floor
New York, NY 10118
*Counsel for Plaintiff*

Joshua E. Kimerling, Esq.
445 Hamilton Avenue, 14th Floor
White Plains, NY 10601
*Counsel for Defendant*